UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X-1 AUDIO, INC., <br><br>              Plaintiff, <br><br>       v. <br><br>OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., d/b/a LIFEPROOF, <br><br>              Defendants. | Civil No.    13cv2021-CAB (NLS) <br><br> **CLAIM CONSTRUCTION ORDER** |

On July 10, 2014, the Court held a hearing to construe certain claim terms of U.S. Patent No. 7,263,032 ("the '032 patent"). Laura Kenneally, Esq., Kara Szpondowski, Esq., and Allison H. Goddard, Esq., appeared for plaintiff X-1 Audio, Inc. ("X-1"). Garret A. Leach, Esq., Rachel D. Lamkin, Esq., Jennifer Becker, Esq., and Andrew D. Skale, Esq., appeard for defendants Otter Products, LLC and Treefrog Developments, Inc., d/b/a Lifeproof (collectively referred to as "Otter Products"). Briefing for the claim construction hearing was filed in accordance with the local rules and the scheduling order in this case. Having considered the submissions of the parties and the arguments of counsel, for the reasons articulated by the Court on the record at the hearing, the Court construes the disputed claim terms as set forth in this order.

I. Background

    The '032 patent is directed at a System for Housing an Audio System in an Aquatic Environment. In general, the invention relates to water resistant housings that serve as portable systems for containing and delivering audio media players while conducting underwater activities at depths exceeding atmospheric pressure. [See generally, Doc. No. 41-2, Col. 1:1-2, 18-20.] Although the patent discloses that the system can be employed for near-surface aquatic use, such as swimming, or even activities where contact with water is incidental, the inventor concedes that waterproof containers for electrical devices existed in the prior art, and distinguishes the invention as a waterproof container for audio systems that can also be used in a pressurized aquatic environment. [Id., at Col.1:52- Col.3:24; Col. 7:23-41.]

    The '032 patent has 73 claims. Plaintiff X-1 asserts independent claim 23, and its dependent claims 24, 25 and 26; independent claim 36, and its dependent claims 37, 38 and 39; and independent claim 49 and its dependent claim 50, against defendant Otter Products. Claim 23 is representative and contains all the disputed terms (identified in bold).

> 23. A waterproof housing adapted to receive an electronic audio device, said housing compromising:
>
> > a **rigid container adapted to** receive the electronic audio device, said container **waterproof** under submersible conditions; and
> >
> > at least one **control device on the exterior of** said rigid container, said control device adapted to control the electronic audio device and said control device adapted to withstand activation caused by underwater pressure.

In light of the plain language of the claims, the specification, and the file history, and in consideration of the written and oral arguments of the parties, for the reasons set forth on the record, the Court construes the disputed terms as follows:

Constructions for

U.S. Patent 7,263,032

| Term | Construction |
|---|---|
| **Rigid Container** | a structure that completely encloses the electronic device, the material of which is capable of withstanding pressures encountered when submerged into an aquatic environment and does not allow the user to manipulate the controls through the material. |
| **Adapted to** | designed or configured to accomplish the specific objective, not simply that it can be made to serve that purpose |
| **Waterproof** | prevents the electronic device from exposure to water |
| **Control device on the exterior of** *said rigid container* | a separate component in contact with the outside supporting surface of *[said rigid container]* |

**IT IS SO ORDERED.**

DATED: July 10, 2014

_____
**CATHY ANN BENCIVENGO**
United States District Judge